**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1529**

_____

OLIVER R. COLEMAN,

            Plaintiff – Appellant,

      v.

PRINCE GEORGE'S COUNTY DEPARTMENT OF SOCIAL SERVICES,

            Defendant – Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:09-cv-00213-DKC)

_____

Submitted:  January 19, 2011        Decided:  February 2, 2011

_____

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Oliver R. Coleman, Appellant Pro Se.  Julia Doyle Bernhardt,
Assistant Attorney General, Bradley Neitzel, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oliver R. Coleman appeals the district court's order dismissing this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coleman v. Prince George's County Dep't of Soc. Servs., No. 8:09-cv-00213-DKC (D. Md. Mar. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED